IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

REGINA M. LUDOVISSY,

    Plaintiffs,

vs.

DEERE & COMPANY, JOHN DEERE DUBUQUE WORKS,

    Defendants.

No. C 09-1023

ORDER

This matter is before the court on defendants' unresisted Motions for Sanctions filed January 27, 2010, and February 4, 2010, and the Magistrate Judge's Report and Recommendation, filed February 23, 2010. Report and Recommendation adopted, motions granted. Dismissed with prejudice.

The Report and Recommendation sets forth the background of this matter, and no further characterization is needed. For the reasons set forth in the Report and Recommendation including plaintiff's deliberately choosing to ignore defendants' discovery requests, failure to comply with an order compelling discovery, and failure to appear at her deposition, the Magistrate Judge recommended this matter be dismissed with prejudice, and fees and expenses be assessed against plaintiff in the amount of $2759. Plaintiff responded on March 8, 2010 with no objection to the Report and Recommendation, but indicated she could not meet certain deadlines as a result of caring for a family member.

It is apparent that plaintiff has deliberately ignored the judicial process in this action. The court finds no error in the Magistrate Judge's thorough Report and Recommendation, and for the reasons set forth therein, it shall be adopted.

It is therefore

ORDERED

1. Report and Recommendation adopted.

2. Motions granted.

3. Defendants are awarded $2,759 in attorney's fees and expenses from plaintiff.

4. Dismissed with prejudice.

March 18, 2010.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT